**Order entered November 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00106-CV

### GORDON CARROLL FISHER, Appellant

### V.

### DANIEL K. HAGOOD, P. C. AND FITZPATRICK HAGOOD SMITH AND UHL, INC., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05268-A**

## ORDER

In their letter filed October 31, 2019, appellees stipulated that due to their settlement with Gene E. Phillips on September 10, 2018, "[t]he effect of the settlement credit is that, as of September 10, 2018, the amount of the arbitration award/judgment due and owing by Fisher is reduced to $602,583.24, plus interest of $49.52 per day until paid." At submission, the Court asked appellant's counsel if he agreed that amount was correct. Appellant's counsel stated he would review the matter and notify the Court whether he agreed to appellees' stipulation. As of the date of this order, appellant has not communicated with the Court regarding the stipulation. Accordingly, the Court requests that appellant notify the Court by November 22, 2019 whether he agrees to the stipulation.

/s/    LANA MYERS
PRESIDING JUSTICE